UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIKA NYKYFORUK,

        Plaintiff(s),

        v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

        Defendant(s).

25-CV-962 (DEH)

ORDER

DALE E. HO, United States District Judge:

WHEREAS on February 3, 2025, Plaintiff filed a petition for writ of mandamus, and on February 14, 2025, counsel for Defendants appeared,

IT IS HEREBY ORDERED that by **March 7, 2025**, the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. The Government shall, by **March 28, 2025**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. Plaintiff shall, by **Aprill 11, 2025**, file any reply memorandum that shall not exceed <u>eight</u> pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

        SO ORDERED.

Dated: February 18, 2025
      New York, New York

                           DALE E. HO
                   United States District Judge