UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dominika Nykyforuk,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>United States Department of Homeland Security, et al.,<br><br>　　　　　　　　　Defendant(s). | 25-CV-962 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　The Court is in receipt of the parties' stipulation and proposed order of dismissal. *See* ECF No. 17. In light of Plaintiff's pro se status, Defendants are directed to submit a letter by **April 11, 2025**, citing authority for the proposition that "the issuance and service of an NTA moots all claims in this action." *Id.*

SO ORDERED.

Dated:　April 3, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge